**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 14-48118-399 |
| TIMOTHY E RUARK | ) | Chapter 13 |
| JAMIE A RUARK | ) | |
| | ) | Re: Objection to Claim 14 filed by |
| | ) | CAVALRY SPV I LLC |
| | ) | Acct: 4435 |
| | ) | Amount: $5,679.37 |
| **Debtors** | ) | Response Due: March 02, 2015 |
| | ) | |

**TRUSTEE'S OBJECTION TO CLAIM 14**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of CAVALRY SPV I LLC dated February 05, 2015, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS NOT ACCOMPANIED BY A COPY OF THE WRITING ON WHICH THE CLAIM IS BASED NOR PROOF THAT THE SECURITY INTEREST HAS BEEN PERFECTED. THE TRUSTEE SEEKS AN ORDER DIRECTING HIM TO PAY THE CLAIM AS A GENERAL UNSECURED CLAIM.
WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: February 09, 2015                    /s/ John V. LaBarge, Jr.
                                            John V. LaBarge, Jr.
OBJCLM--AC                                  Standing Chapter 13 Trustee
                                            P.O. Box 430908
                                            St. Louis, MO  63143
                                            (314) 781-8100  Fax: (314) 781-8881
                                            trust33@ch13stl.com

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of February 09, 2015.

                                              /s/ John V. LaBarge, Jr.

| | |
|---|---|
| TIMOTHY E RUARK | CAVALRY SPV I LLC |
| JAMIE A RUARK | 3936 E FORT LOWELL RD #200 |
| 9828 RIDGECREST DRIVE | C/O BASS & ASSOCIATES |
| HILLSBORO, MO  63050 | TUCSON, AZ  85712 |
| | |
| BRINKMAN & ALTER LLC | CAPITAL ONE |
| 1 N TAYLOR | PO BOX 5253 |
| ST LOUIS, MO  63108 | CAROL STREAM, IL  60197 |